IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOROTHY O'SHEA**<br><br>Plaintiff<br><br>v.<br><br>**INTERBORO SCHOOL DISTRICT, et al.**<br><br>Defendant | **CIVIL ACTION**<br><br>**NO. 13-cv-06305** |

<u>ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS WITHOUT PREJUDICE</u>

**AND NOW**, this <u>28TH</u> day of April, 2014, upon consideration of Defendants' Motion to Dismiss the Amended Complaint for Failure to State a Claim (ECF No. 7), Plaintiff's Response in Opposition to the Motion (ECF No. 9), and Defendants' Reply in Support of the Motion (ECF No. 11), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff's Amended Complaint is therefore **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to file an amended complaint within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-6305 o'shea v. interboro sd\13cv6305.042814.Order Dismissing MTD Without Prejudice.doc