IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOROTHY O'SHEA**<br><br>**Plaintiff**<br><br>v.<br><br>**INTERBORO SCHOOL DISTRICT, et al.**<br><br>**Defendant** | **CIVIL ACTION**<br><br>**NO. 13-cv-06305** |

## ORDER RE: DEFENDANTS' MOTION TO DISMISS, GRANTING IN PART AND DENYING IN PART

**AND NOW**, this 9th day of October, 2014, upon consideration of Defendants' Motion to Dismiss the Second Amended Complaint for Failure to State a Claim and accompanying Memorandum of Law (ECF No. 17, 17-1), Plaintiff's Response in Opposition to the Motion (ECF No. 18), and Defendants' Reply in Support of the Motion (ECF No. 19), it is hereby **ORDERED** that Defendants' Motion is **GRANTED IN PART**, as to Defendant Nancy Hacker, and **DENIED IN PART**, as to Defendant Interboro School District.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 13\13-6305 o'shea v. interboro sd\13cv6305 Order Granting in Part Denying in Part MTD.doc